NEVILLE F. FERNANDES, Bar No. 240935
NORCAL EMPLOYMENT COUNSEL
548 Market St., Ste. 22582
San Francisco, CA 94104
Tel: (510) 900-9044
Fax: (510) 722-6043
Email: nf@nccounsel.com

Attorney for Plaintiff
BRIAN FOBROY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN FOBROY,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>VIDEO ONLY, INC. and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:13-CV-04083-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RE-SCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date: December 10, 2013<br>Time: 9:00 a.m.<br>Place: Courtroom 5 |

IT IS HEREBY STIPULATED by and between the parties,

1. By Notice dated today, November 26, 2013, the Case Management Conference in the above-entitled matter was re-scheduled to December 10, 2013 at 9 a.m. from its previously scheduled time of December 12, 2013 at 9 a.m.

2. Plaintiff's counsel in this matter has a previously scheduled mediation in San Francisco on December 10, 2013, commencing at 9:30 a.m., in a matter entitled *Asaad v. Santa Rosa Memorial Hospital,* Case No. SCV 253788 (Sonoma County Superior Court).

3. In order to accommodate Plaintiff's schedule, the parties respectfully request that the Court either (1) return the Case Management Conference in this matter to the Court's calendar on December 12, 2013 at 9 a.m., or (2) permit the Case Management Conference in this matter to be called first at 9 a.m. on December 10, 2013 in which case Plaintiff's counsel will re-schedule his mediation start time to 10 a.m.

1.

**IT IS SO STIPULATED.**

Dated: November 26, 2013 /s/
NEVILLE F. FERNANDES
NORCAL EMPLOYMENT COUNSEL
Attorney for Plaintiff
BRIAN FOBROY

Dated: November 26, 2013 /s/
GREGORY G. ISKANDER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
VIDEO ONLY, INC.

2.

**STIPULATION & [PROPOSED] ORDER RE: CMC RE-SCHEDULING**       **CASE NO. 3:13-CV-04083-EMC**

NORCAL EMPLOYMENT COUNSEL
548 MARKET ST., STE. 22582
SAN FRANCISCO, CA 94104
510.900.9044 (tel)
510.722.6043 (fax)
www.nccounsel.com

1 **[PROP~~OS~~ED] ORDER**

2 For good cause appearing, the Case Management Conference in the above-entitled case is
3 re-scheduled from December 10, 2013 at 9 a.m. to December 12, 2013 at 9 a.m.

6 **IT IS SO ORDERED.**



28 3.

**STIPULATION & [PROPOSED] ORDER RE: CMC RE-SCHEDULING**  **CASE NO. 3:13-CV-04083-EMC**

NORCAL EMPLOYMENT COUNSEL
548 Market St., Ste. 22582
San Francisco, CA 94104
510.900.9044 (tel)
510.722.6043 (fax)
www.nccounsel.com