1  GREGORY G. ISKANDER, Bar No. 200215
   JEFFREY J. MANN, Bar No. 253440
2  LITTLER MENDELSON, P.C.
   Treat Towers
3  1255 Treat Boulevard, Suite 600
   Walnut Creek, California 94597
4  Telephone: 925.932.2468
   Facsimile: 925.946.9809
5  giskander@littler.com

6

7  Attorneys for Defendant
   VIDEO ONLY, INC.

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN FOBROY,<br><br>            Plaintiff,<br><br>    v.<br><br>VIDEO ONLY, INC., and DOES 1 through 20, inclusive,<br><br>            Defendant. | Case No.  3:13-CV-04083-EMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)] |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 3:13-CV-04083-EMC)   1.   STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff Brian Fobroy, and Defendant Video Only, Inc., by and through their respective attorneys of record, that the above referenced action, and all causes of action and all claims asserted therein, be, and are hereby, **DISMISSED WITH PREJUDICE** pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties further stipulate that each party shall bear his, her, or its own costs, including attorneys' fees.

IT IS SO STIPULATED.

Dated: March 6, 2015

/s/
GREGORY G. ISKANDER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
VIDEO ONLY, INC.

Dated: March 6, 2015

/s/
NEVILLE F. FERNANDES
NORCAL EMPLOYMENT COUNSEL
Attorneys for Plaintiff
BRIAN FOBROY

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 6, 2015

/s/ Gregory G. Iskander
GREGORY G. ISKANDER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
VIDEO ONLY, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 11, 2015

United States

*IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA*

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 3:13-CV-04083-EMC)   2.   STIPULATION FOR DISMISSAL WITH PREJUDICE